**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**ROCK HILL DIVISION**

| | | |
|---|---|---|
| Morningstar Fellowship Church,<br><br>Plaintiff,<br><br>v.<br><br>The Hon. Greg Suskin, Public Information Officer of York County; The Hon. William "Bump" Roddey, York County Council Member; York County, South Carolina; and Various Unknown Defendants, Associated With York County, South Carolina,<br><br>Defendants. | ) | Civil Action No. 0:22-3855-SAL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to 41(a)(1)(A)(ii), FRCP, the Plaintiff Morningstar Fellowship Church hereby dismisses with prejudice its First Amended Complaint against the Defendants Greg Suskin, William "Bump" Roddey, and York County, South Carolina thereby ending this action. The parties agree to be responsible for their own attorney's fees and costs.

*s/ Donald M. Brown, Jr.*
Donald M. Brown, Jr. #6370
Park South Professional Center
10440 Park Road, Suite 200
Charlotte, North Carolina 28210
(704) 542-2525
Email: don@brownattorneys.com

*Counsel for Plaintiff*

*s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN #5070
LINDEMANN LAW FIRM, P.A.
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29202
(803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendants The Hon. Greg Suskin, Public Information Officer of York County; The Hon. William "Bump" Roddey, York County Council Member; and York County, South Carolina*